ATTORNEY GRIEVANCE COMMISSION*      IN THE
OF MARYLAND                         *   COURT OF APPEALS
100 Community Place, Suite 3301     *   OF MARYLAND
Crownsville, Maryland 21032-2027    *
                                    *   Misc. Docket AG
    Petitioner   *   No. 38
v.                                  *   September Term, 2014
                                    *
DENISE NICOLE JAMES                 *   IN THE CIRCUIT COURT FOR
                                    *   MONTGOMERY COUNTY
                                    *   Case No.: 30297-M
                                    *
    Respondent   *

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-772, it is this __24th__ day of __February__, 2015,

ORDERED, by the Court of Appeals of Maryland, that Denise Nicole James is hereby, disbarred by consent, effective immediately, from the further practice of law in the State of Maryland for violating Rules 1.1, 1.2(a), 1.3, 1.5(a), 1.15(a)(c), 1.16(a)(d), 8.1(a)(b), and 8.4(a)-(d) of the Maryland Lawyers' Rules of Professional Conduct, and Maryland Rules 16-604, 16-606.1, and 16-609; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Denise Nicole James from the register of attorneys, and pursuant to Maryland Rule 16-772(d) shall certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Glenn T. Harrell, Jr.
Senior Judge